In the Matter of the Accounting of FRANK J. MAGUIRE, as Executor and Trustee under the Will of JOSEPHINE V. BLODGETT, Deceased.

NATHAN E. BLODGETT et al., Appellants; O'CONNELL FERRIS, Respondent.

Argued May 22, 1941; decided June 19, 1941.

*Benjamin E. Shove* for appellants.

*Charles C. Congdon* and *George Britten* for respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.